UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
September 25, 2018
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
/s/ AMC
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> MARC ANTHONY GONZALEZ, ) <br> ) <br> Defendant. ) | Case No. 2:18MJ00185-CKD <br><br> ORDER FOR RELEASE OF PERSON IN CUSTODY |

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release  MARC ANTHONY GONZALEZ , Case No. 2:18MJ00185-CKD , Charge  18USC § 922(g)(f) , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__  Release on Personal Recognizance

__  Bail Posted in the Sum of $_____

  __  Unsecured Appearance Bond $_____

  __  Appearance Bond with 10% Deposit

  __  Appearance Bond with Surety

  __  Corporate Surety Bail Bond

  ✔  (Other)   Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  September 25, 2018  at  2:00 pm .

By  /s/ Allison Claire/s/ Allison Claire
Allison Claire
United States Magistrate Judge

Copy 2 - Court